VARIS K. BABRIS v. G. MICHAEL BROWN.

February 7, 1983.

Petition for certification denied.

NEW JERSEY SPORTS AND EXPOSITION AUTHORITY v.
BOROUGH OF EAST RUTHERFORD AND FIRST
NATIONAL STATE BANK-COUNTY.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT KEITH STEWART.

February 7, 1983.

Petition for certification granted.   (See 186 *N.J.Super.* 517)

STATE OF NEW JERSEY v. ROBERT KEITH STEWART.

February 7, 1983.

Cross-petition for certification denied.   (See 186 *N.J.Super.* 517)